# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IRON WORKERS' LOCAL NO. 25
PENSION FUND, et al.,

    Plaintiffs,                                Case No. 06-cv-14145
                                                Hon. Matthew F. Leitman

v.

ROBERT BENNETT, d/b/a
MID-MICHIGAN ERECTORS.

    Defendant.

_____/

## ORDER OF RENEWED JUDGMENT AGAINST DEFENDANTS

This matter having come before the Court upon Plaintiffs' Ex Parte Motion to Renew Judgment, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that renewed Judgment is hereby entered against Defendants in the amount of $14,229.22, for the remaining balance due on the Judgment.

                                                       s/Matthew F. Leitman
                                                       MATTHEW F. LEITMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated: March 8, 2017

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 8, 2017, by electronic means and/or ordinary mail.

                                       s/Holly A. Monda  
                                       Case Manager  
                                       (313) 234-5113